UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| VIOLET MARIE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CV1337 CDP |
| | ) | |
| AT&T, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court upon the motion of Violet Williams for leave to commence this action without prepayment of the filing fee pursuant to 28 U.S.C. § 1915. Upon consideration of the financial information provided with the motion, the Court finds that plaintiff is financially unable to pay any portion of the filing fee. As a result, plaintiff will be granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Additionally, the Court has reviewed the complaint and will dismiss it pursuant to 28 U.S.C. § 1915(e)(2)(B).

### **28 U.S.C. § 1915(e)**

Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court must dismiss a complaint filed in forma pauperis if the action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief from a defendant who is immune from such relief.

"Although the statute of limitations is an affirmative defense, a district court may properly dismiss an in forma pauperis complaint under 28 U.S.C. § 1915[] when it is apparent the statute of limitations has run." Myers v. Vogal, 960 F.2d 750, 751 (8th Cir. 1992).

## The Complaint

Plaintiff brings this action under the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 *et seq*. (the "ADA"). Plaintiff alleges that her employer mistreated her in 2003 because she was perceived as having a mental disability. Plaintiff claims that she was arrested while at work on October 24, 2003. Plaintiff says she was unfairly terminated from her employment on August 12, 2004.

Plaintiff filed a charge of discrimination with the EEOC on August 10, 2009. The EEOC dismissed the charge the same day because it was not timely filed.

## Discussion

As a prerequisite to filing a claim under the ADA, a plaintiff must file with the EEOC a charge of discrimination within 180 days of the alleged discriminatory act. 42 U.S.C. §§ 2000e-5(e)(1), 12117(a). Plaintiff filed her charge of discrimination four-and-one-half years after the limitations period ended. As a result, the complaint will be dismissed pursuant to 28 U.S.C. § 1915(e). Myers, 960 F.2d at 751.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [Doc. #2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall not issue process or cause process to issue upon the complaint because the complaint is legally frivolous or fails to state a claim upon which relief can be granted, or both.

**IT IS FURTHER ORDERED** that plaintiff's motion for appointment of counsel [Doc. #4] is **DENIED** as moot.

An appropriate Order of Dismissal shall accompany this Memorandum and Order.

Dated this 1st day of September, 2009.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE